IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HOWARD B. PAYNE, et al.,** | : | Case No. C-1-02-427 |
| Plaintiffs, | : | (Judge Susan J. Dlott) |
| v. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **ACORDIA, INC.,** | : | |
| Defendant. | : | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs dismiss all claims with prejudice.


s/ Robert P. Mecklenborg
Robert P. Mecklenborg (0021203)
Trial Attorney for Plaintiffs
Hyle & Mecklenborg, Co., LPA
3050 Harrison Avenue
Cincinnati, Ohio 45211
(513) 481-9800


s/ James F. McCarthy, III
James F. McCarthy, III (0002245)
Trial Attorney for Defendant
Katz, Teller, Brant & Hild
2400 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202-4724
(513) 721-4532

KTBH:583553.1